**Order entered June 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00379-CR

### PEDRO RANGEL, JR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-31321-Y**

## ORDER

The Court **GRANTS** court reporter Sharon Hazlewood's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Hazlewood to file the reporter's record within **FIFTEEN (15) DAYS** from the date of this order.

/s/     DAVID EVANS
         JUSTICE